Raoul Clymer
14150 Grant Street #33
Moreno Valley, CA 92553
(951) 231-5886
raoulclymer@gmail.com



Plaintiff in *propria persona*

IN THE UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY KIZLER<br>　　　Plaintiff,<br>　　v.<br><br>LIBERTY REVERSE MORTGAGE,<br>FINANCIAL FREEDOM FUNDING<br>CORPORATION, JIM MAHONEY, CEO<br>OF FINANCIAL FREEDOM FUNDING<br>CORPORATION, LUISA NDRA,<br>HOUSING AND URBAN DEVELOPMENT,<br>SHAUN DONOVAN, SECRETARY OF<br>HOUSING AND URBAN DEVELOPMENT,<br>DAVID A. DAHMAN DBA PACIFIC<br>CONSULTANT ENGINEERS, JOE<br>TRAPINI DBA CUSTOM HOME<br>SERVICE, TRUSTEE CORPS, and<br>DOES 1 – 10,<br>　　　Defendants. | CIVIL CASE NO. EDCV14-00491<br><br><br>SUBSTITUTION OF PLAINTIFF |

　　Comes now, Raoul Clymer, as Assignee of the interests in this action hereby substituting as Plaintiff pursuant to Federal Rules of Civil Procedure, Rule 25(3)(c) and sets forth the following in support:

1. Mrs. Ivy Kizler [erstwhile plaintiff] is a 65 year old widow [with an 8th Grade education] that spent her life as a devoted housewife.

1

2. Plaintiff has brought an action based upon the fraudulent actions of the Defendants in attempting to divest Mrs. Kizler of her home after the passing of her Husband.

3. This Court was moved for appointment of counsel for Mrs. Kizler; which was denied.

4. Mrs. Kizler made a diligent attempt to seek counsel and was unable to afford legal representation.

5. Mrs. Kizler has Quitclaim Deed her home and assigned her chose in action in the aforesaid civil case to, Raoul Clymer, whose address is 14150 Grant Street, Moreno Valley, California 92553.

6. All Defendant's Attorneys have been properly serviced with this notice of substitution.

WHEREFORE, it is respectfully requested that this Honorable Court to direct the Clerk to enter this substitution of record.

DATE: August 11, 2014

Respectfully submitted,

_____
Raoul Clymer